**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JALDHI OVERSEAS PTE LTD.

                Plaintiff,

    - against -

RASHMI METALIKS LTD.,

                Defendant.

------------------------------------------------------------X

ECF CASE

08 Civ. 05657 (MGC)

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff JALDHI OVERSEAS PTE LTD. represents to this Honorable Court that said Plaintiff has the following corporate parent and any publicly held corporation that owns 10% or more of its stock.

                M/S Bothra Shipping Services
                Viaj Limited

Dated: New York, New York
       June 23, 2008

                              **LAW OFFICES OF RAHUL WANCHOO**
                              Attorneys for Plaintiff
                              Jaldhi Overseas Pte Ltd.

                              By: _Rahul Wanchoo_
                                  Rahul Wanchoo (RW-8725)